**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNA MARIE GAINES CLARK and BEVERLY THOMPSON, <br><br>           Plaintiffs, <br><br>     v. <br><br> DON LOTT, LOTT BROTHERS, INC., and ROBERT C. WALKER, <br><br>           Defendants. | 1:06-cv-1514 OWW TAG <br><br> ORDER AFTER SCHEDULING CONFERENCE <br><br> Further Scheduling Conference: 5/11/07 8:45 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

   March 7, 2007.

**II.  Appearances Of Counsel.**

   Edgar Pease, Esq., appeared on behalf of Plaintiffs.

   Diana Marti, Esq., appeared on behalf of Defendants Don Lott and Lott Brothers, Inc.

**III. Status of Case.**

   1.   The parties advise that they have consented to the jurisdiction of the Magistrate Judge for all purposes, including trial.  The Defendant Robert C. Walker has not yet been served. Plaintiffs have submitted an application for an order for publication to effectuate service on Defendant Robert C. Walker.

     2.    Accordingly, it is in the interests of justice that a continuance of this scheduling conference be granted to permit service of the remaining Defendant and a determination of whether all parties will consent to the jurisdiction of the Magistrate Judge.

     3.    The Scheduling Conference shall be continued to May 11, 2007, at 8:45 a.m.  The parties may appear telephonically.

IT IS SO ORDERED.

**Dated:   March 7, 2007**                              **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE