# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA MARIE GAINES CLARK, et al., | CASE NO. 1:06-cv-1514 TAG |
| Plaintiffs-Counterdefendants, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | (Doc. 38) |
| DON LOTT, et al., | |
| Defendants-Counterclaimants. | |

On February 12, 2008, Plaintiffs-Counterdefendants Deanna Marie Gaines Clark and Beverly Thompson, through their attorney, filed a Request for Dismissal (Doc. 28), requesting the Court to dismiss this entire action with prejudice on the basis that they had reached a complete settlement of their claims. (Doc. 38, p. 1). The Defendants-Counterclaimants agreed to the entry of a dismissal order with prejudice. (Id. at 2).

Based upon the foregoing, and for good cause shown,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:  **February 14, 2008**                     /s/ Theresa A. Goldner
                                                   UNITED STATES MAGISTRATE JUDGE